IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ROY MITCHELL,

    Plaintiff,                                  JUDGMENT IN A CIVIL CASE

v.                                             15-cv-426-wmc

STATE OF WISCONSIN DEPARTMENT
OF HEALTH SERVICES,

    Defendant.

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff's motion for leave to proceed and dismissing this case for lack of subject matter jurisdiction.

    /s/                                                               11/3/2015

Peter Oppeneer, Clerk of Court                    Date