DOC NO
REC'D/FILED

APPENDIX OF FORMS TO FEDERAL
RULES OF APPELLATE PROCEDURE

2015 NOV 12 AM 11:41

PETER OPPENEER
CLERK US DIST COURT
WD OF WI

FORM 1.
NOTICE OF APPEAL TO A COURT OF APPEALS
FROM A JUDGMENT OR ORDER OF A DISTRICT COURT

United States District Court for the Western District of Wisconsin

A. B., Ms. Roy Mitchell
Plaintiff(s),

File Number 15-CV-426-wmc

Notice of Appeal

v.

C.D., State of Wisconsin Dept. of Health Service et al. Defendant(s)

Notice is hereby given that (here name all parties taking the appeal) (plaintiffs) (defendants) in the above named case, * hereby appeal to the United States Court of Appeals for the
__Seventh__ Circuit (from the final judgment) (from an order (describing it)) entered in this action on the __3__ day of __November__, __2015__.

(s) Roy Mitchell
AS of DATE pro se Attorney for Roy Mitchell
Address: 115 West Doty Street
Madison, Wisconsin
53703

* See Rule 3(c) for permissible ways of identifying appellants.