# UNITED STATES DISTRICT COURT
for the
< Western > DISTRICT OF < Wisconsin >

<Name(s) of plaintiff(s)>,
Ms. Roy Mitchell
Plaintiff(s)

v.

<Name(s) of defendant(s)>,
State of Wisconsin Dept. Health Services
Defendant(s)

Case No. <Number> 15-CV-426-WMC

DOC NO
REC'D/FILED
2015 NOV 18 AM 10:
PETER OPPENEER
CLERK US DIST COU
WD OF WI

## NOTICE OF APPEAL

Notice is hereby given that <Name all parties taking the appeal>, [plaintiffs] [defendants] in the above named case <See Rule 3(c) for permissible ways of identifying appellants.>, hereby appeal to the United States Court of Appeals for the < Seventh > Circuit [from the final judgment] [from an order <describing it>] entered in this action on <Date>. 11-3-2015

Date: <Date> 11-8-2015

<Signature of the attorney or unrepresented party> Plaintiff, Roy Mitchell

<Printed name> Roy Mitchell
Attorney for <party>
<Address> 115 West Doty Street
<E-mail address> Madison, WI 53703
<Telephone number>